**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

3/8/2021

-----------------------------------------------------------X

JOVANNA A. HOLMAN,

                Plaintiff,

19 **CIVIL** 4393 (PGG)(KHP)

-against-

**JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated March 8, 2021, Judge Parker's R & R is adopted in its entirety.

Plaintiff's motion for judgment on the pleadings is granted, and Defendant's cross-motion for

judgment on the pleadings is denied and this case is remanded to the Commissioner of Social

Security for further proceedings.

**Dated:** New York, New York
       March 8, 2021

                             **RUBY J. KRAJICK**

                             **Clerk of Court**

        **BY:**

                             **Deputy Clerk**